**Harry PEOPLES, Petitioner-Appellant,**

v.

**George BOWEN, et al., Respondents-Appellees.**

No. 85–7047.

United States Court of Appeals, Eleventh Circuit.

March 5, 1987.

Margaret L. Givhan, Montgomery, Ala., for petitioner-appellant.

Rivard Melson, Asst. Atty. Gen., Montgomery, Ala., for respondents-appellees.

Before RONEY, Chief Judge, GODBOLD, TJOFLAT, HILL, FAY, VANCE, KRAVITCH, JOHNSON, HATCHETT, ANDERSON, CLARK and EDMONDSON, Circuit Judges [*].

[*] Senior U.S. Circuit Judge Elbert P. Tuttle has elected to participate in further proceedings in this matter pursuant to 28 U.S.C. 46(c).

ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC

(Opinion June 17, 1986, 11th Cir., 1986, 791 F.2d 861)

BY THE COURT:

A member of this court in active service having requested a poll on the application for rehearing en banc and a majority of the judges of this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc *with* oral argument during the week of June 8, 1987, on a date hereafter to be fixed. The clerk will specify a briefing schedule for the filing of en banc briefs. The previous panel's opinion is hereby VACATED.